PER CURIAM.
Affirmed. Wilson v. State, 645 So.2d 1042 (Fla. 4th DCA 1994), rev. granted, 654 So.2d 920 (Fla.1995); Washington v. State, 631 So.2d 367 (Fla. 4th DCA 1994); State v. Whitfield, 487 So.2d 1045 (Fla.1986); White v. State, 446 So.2d 1031 (Fla.1984); Mobley v. State, 407 So.2d 1037 (Fla. 1st DCA 1981). As in Wilson and Washington v. State, 20 Fla.L.Weekly D782, — So.2d - [1995 WL 134179] (Fla. 4th DCA March 29, 1995), *240 we certify conflict with Bell v. State, 624 So.2d 821 (Fla. 2d DCA 1993), rev. denied, 634 So.2d 622 (Fla.1994).
STONE, PARIENTE and SHAHOOD, JJ., concur.